IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH K.[1],

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

No. 3:17-cv-01271-JR

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation (#31) on December 19, 2018, in which she recommends that this Court affirm the Commissioner's decision to deny Plaintiff's applications for disability insurance benefits and supplemental security income. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-*

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings & Recommendation [31]. Accordingly, the Commissioner's decision denying Plaintiff's applications for disability insurance benefits and supplemental security income is affirmed.

IT IS SO ORDERED.

DATED this 10 day of Jan, 2019.

/s/ Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge